| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| SHEPPARD, MULLIN, RICHTER & HAMPTON LLP<br>A Limited Liability Partnership<br>Including Professional Corporations<br>SEONG H. KIM, Cal. Bar No. 166604<br>shkim@sheppardmullin.com<br>MICHAEL M. LAUTER, Cal. Bar No. 246048<br>mlauter@sheppardmullin.com<br>1901 Avenue of the Stars, Suite 1600<br>Los Angeles, California 90067-6055<br>Telephone: 310.228.3700<br>Facsimile: 310.228.3701 | |

☐ Individual appearing without attorney
☒ Attorney for: Plaintiff

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br>NINO JEFFERSON LIM<br><br>Debtor(s). | CASE NO.: 2:18-bk-22877-BR<br>ADVERSARY NO.: 2:19-ap-01039-BR<br>CHAPTER: 7 |
|---|---|
| ABS-CBN GLOBAL REMITTANCE, INC.<br><br>Plaintiff(s).<br>vs.<br>NINO JEFFERSON LIM<br><br>Defendant(s). | **JOINT STATUS REPORT**<br>**[LBR 7016-1(a)(2)]**<br><br>DATE:   03/19/2019<br>TIME:   10:00 a.m.<br>COURTROOM: 1668<br>ADDRESS:   255 E. Temple Street<br>Los Angeles, CA 90012 |

The parties submit the following JOINT STATUS REPORT in accordance with LBR 7016-1(a)(2):

A. **PLEADINGS/SERVICE**:

1. Have all parties been served with the complaint/counterclaim/cross-claim, etc. (Claims Documents)?    ☒ Yes   ☐ No
2. Have all parties filed and served answers to the Claims Documents?    ☒ Yes   ☐ No
3. Have all motions addressed to the Claims Documents been resolved?    ☒ Yes   ☐ No
4. Have counsel met and conferred in compliance with LBR 7026-1?    ☒ Yes   ☐ No

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015                              Page 1                         F 7016-1.STATUS.REPORT

5. If your answer to any of the four preceding questions is anything <u>other</u> than an unqualified "YES," please explain below (*or on attached page*):

B. <u>READINESS FOR TRIAL</u>:

1. When will you be ready for trial in this case?

| <u>Plaintiff</u> | <u>Defendant</u> |
|---|---|
| March 15, 2020 | October, 2019 |

2. If your answer to the above is more than 4 months after the summons issued in this case, give reasons for further delay.

| <u>Plaintiff</u> | <u>Defendant</u> |
|---|---|
| The case is very complex, involving proof of fraud and alter ego among roughly 17 individuals and entities. Trial will involve roughly 30 witnesses. | |

3. When do you expect to complete <u>your</u> discovery efforts?

| <u>Plaintiff</u> | <u>Defendant</u> |
|---|---|
| The parties have currently agreed to stay discovery efforts. If discovery efforts proceed, Plaintiff estimates completion no earlier than December 15, 2019 | The parties have currently agreed to stay discovery efforts. If discovery efforts proceed, Defendant estimates completion no earlier than August, 2019 |

4. What additional discovery do you require to prepare for trial?

| <u>Plaintiff</u> | <u>Defendant</u> |
|---|---|
| Requests for admission, depositions, interrogatories, and third party subpoenas. | Document request and interrogatories. |

C. <u>TRIAL TIME</u>:

1. What is your estimate of the time required to present <u>your side of the case</u> at trial (*including rebuttal stage if applicable*)?

| <u>Plaintiff</u> | <u>Defendant</u> |
|---|---|
| 3 weeks | 2 dyas |

2. How many witnesses do you intend to call at trial (*including opposing parties*)?

| <u>Plaintiff</u> | <u>Defendant</u> |
|---|---|
| 30 | 5 |

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*    Page 2    F 7016-1.STATUS.REPORT

3. How many exhibits do you anticipate using at trial?

   <u>Plaintiff</u>                                              <u>Defendant</u>
   Hundreds                                                  30

D. **PRETRIAL CONFERENCE:**

A pretrial conference is usually conducted between a week to a month before trial, at which time a pretrial order will be signed by the court. [See LBR 7016-1.] If you believe that a pre-trial conference is not necessary or appropriate in this case, please so note below, stating your reasons:

   <u>Plaintiff</u>                                                            <u>Defendant</u>
   Pretrial conference  ☒ is  ☐ is not  requested          Pretrial conference  ☒ is  ☐ is not  requested
   Reasons:                                                 Reasons:

   <u>Plaintiff</u>                                                            <u>Defendant</u>
   Pretrial conference should be set <u>after</u>:          Pretrial conference should be set <u>after</u>:
   (date) 01/15/2020                                        (date) 10/01/2019

E. **SETTLEMENT:**

1. What is the status of settlement efforts?

   The parties have met and conferred regarding settlement and those discussions are ongoing.

2. Has this dispute been formally mediated?    ☐ Yes   ☒ No
   If so, when?

3. Do you want this matter sent to mediation at this time?

   <u>Plaintiff</u>                                                       <u>Defendant</u>
   ☐ Yes  ☒ No                                              ☐ Yes  ☒ No

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

F. **FINAL JUDGMENT/ORDER:**

Any party who contests the bankruptcy court's authority to enter a final judgment and/or order in this adversary proceeding must raise its objection below. Failure to select either box below may be deemed consent.

<u>Plaintiff</u>

☒ I do consent
☐ I do not consent
to the bankruptcy court's entry of a final judgment and/or order in this adversary proceeding.

<u>Defendant</u>

☒ I do consent
☐ I do not consent
to the bankruptcy court's entry of a final judgment and/or order in this adversary proceeding.

G. **ADDITIONAL COMMENTS/RECOMMENDATIONS RE TRIAL:** (*Use additional page if necessary*)

Respectfully submitted,

Date: 05/21/2019

Sheppard Mullin Richter & Hampton LLP
Printed name of law firm

/s/ Michael M. Lauter
Signature

Michael Lauter
Printed name

Attorney for: Plaintiff ABS-CBN

Date: 05/21/2019

Havkin & Shrago
Printed name of law firm

[signature]
Signature

Stella Havkin
Printed name

Attorney for: Defendant Nino Jefferson Lim

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015                                Page 4                                F 7016-1.STATUS.REPORT