SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
SEONG H. KIM, Cal. Bar No. 166604
shkim@sheppardmullin.com
1901 Avenue of the Stars, Suite 1600
Los Angeles, California 90067-6055
Telephone:   310.228.3700
Facsimile:   310.228.3701

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
A Limited Liability Partnership
Including Professional Corporations
ORI KATZ, Cal. Bar No. 209561
okatz@sheppardmullin.com
MICHAEL M. LAUTER, Cal. Bar No. 246048
mlauter@sheppardmullin.com
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111-4109
Telephone:   415-434-9100
Facsimile:   415-434-3947

Attorneys for Creditor and Plaintiff,
ABS-CBN Global Remittance, Inc.

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>NINO JEFFERSON LIM,<br><br>        Debtor. | Case No. 2:18-bk-22877-BR<br><br>Chapter 7<br><br>Adv. Proc. No. 2:19-1p-01039-BR |
| ABS-CBN GLOBAL REMITTANCE, INC.<br><br>        Plaintiff,<br><br>    v.<br><br>NINO JEFFERSON LIM,<br><br>        Defendant. | **STIPULATION TO DISMISS ADVERSARY PROCEEDING WITHOUT PREJUDICE** |

## I.

## RECITALS

A. Nino Jefferson Lim (the "Debtor" or "Defendant") voluntarily filed a chapter 7 case in this District on October 31, 2018, commencing Case No. 2:18-bk-22877-BR before this Court (the "Bankruptcy Case").

B. On January 1, 2019 ABS-CBN Global Remittance, Inc. (the "Plaintiff"), filed its proof of claim against the Debtor, alleging a claim in the amount of $4,991,596.16, which claim appears on the official claims register for the Bankruptcy Case as claim no. 3-1 (the "Claim").

C. On February 4, 2014, the Plaintiff filed its *Complaint for Determination of Non-Dischargeability of Debt Pursuant to 11 U.S.C. §§ 523(a)(2)(A), 523(a)(2)(B), 523(a)(4), and 523(a)(6)(1)* (the "Complaint") against the Debtor, initiating adversary proceeding 2:19-1p-01039-BR before this Court (the "Adversary Proceeding").

D. The Complaint sets forth various allegations *and causes of action against the Defendant, which he has denied and disputed pursuant to the Defendant Nino Jefferson Lim's Answer to Complaint* filed on March 6, 2019 (the allegations, causes of action, denials, and disputes, collectively, the "Disputes").

E. A status conference is currently scheduled for June 5, 2019 in the Adversary Proceeding.

F. The Plaintiff and the Defendant (together, the "Parties") have discussed the possibility of settling the Disputes off and on for several months and have yet to reach a final agreement. To further the Parties' interest in reaching a settlement of their Disputes in a manner that best preserves their resources, the Parties have agreed to the items stipulated herein.

NOW THEREFORE, the Parties agree as follows:

-2-

SMRH:4816-9456-0152.2    STIPULATION

**II.**

**STIPULATION**

1. The Plaintiff voluntarily dismisses its Adversary Proceeding against the Defendant by way of this stipulation (the "Stipulation").

2. The dismissal of the Adversary Proceeding shall be without prejudice.

SO STIPULATED.

DATED: June 4, 2019

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By    */s/ Michael M. Lauter*
MICHAEL M. LAUTER

Attorneys for Creditor and Plaintiff ABS-CBN Global Remittance, Inc.

DATED: June 4, 2019

HAVKIN & SHRAGO LLP

By
STELLA HAVKIN

Attorneys for Defendant Nino Jefferson Lim

## II.

## STIPULATION

1. The Plaintiff voluntarily dismisses its Adversary Proceeding against the Defendant by way of this stipulation (the "Stipulation").

2. The dismissal of the Adversary Proceeding shall be without prejudice.

SO STIPULATED.

DATED: June 4, 2019

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By _____
MICHAEL M. LAUTER

Attorneys for Creditor and Plaintiff ABS-CBN Global Remittance. Inc.

DATED: June 4, 2019

HAVKIN & SHRAGO

By _____
STELLA HAVKIN

Attorneys for Defendant Nino Jefferson Lim

SMRH:4816-9456-0152.2

-3-

STIPULATION