SHEPPARD, MULLIN, RICHTER
& HAMPTON LLP
   A Limited Liability Partnership
   Including Professional Corporations
SEONG H. KIM, Cal. Bar No. 166604
shkim@sheppardmullin.com
1901 Avenue of the Stars, Suite 1600
Los Angeles, California 90067-6055
Telephone:    310.228.3700
Facsimile:    310.228.3701

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
A Limited Liability Partnership
Including Professional Corporations
ORI KATZ, Cal. Bar No. 209561
okatz@sheppardmullin.com
MICHAEL M. LAUTER, Cal. Bar No. 246048
mlauter@sheppardmullin.com
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111-4109
Telephone:    415-434-9100
Facsimile:    415-434-3947

Attorneys for Creditor and Plaintiff,
ABS-CBN Global Remittance, Inc.

**FILED & ENTERED**

**JUN 13 2019**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY fortier    DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re | Case No. 2:18-bk-22877-BR |
| NINO JEFFERSON LIM, | Chapter 7 |
| Debtor. | Adv. Proc. No. 2:19-1p-01039-BR |

SMRH:4817-7360-4248.1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

| ABS-CBN GLOBAL REMITTANCE, INC. | **ORDER APPROVING STIPULATION TO DISMISS ADVERSARY PROCEEDING WITHOUT PREJUDICE** |
|---|---|
| Plaintiff, | **DATE: JUNE 5, 2019** |
| v. | |
| NINO JEFFERSON LIM, | **TIME: 10 AM** |
| Defendant. | **COURTROOM: 1668** |

SMRH:4817-7360-4248.1

1    Upon consideration of the *Stipulation to Dismiss Adversary Proceeding Without*

2  *Prejudice* (the "Stipulation") by and between the plaintiff and defendant in the above-

3  captioned adversary proceeding (the "Adversary Proceeding"), filed on June 4, 2019 as

4  Docket. No. 13.

5    IT IS HEREBY ORDERED THAT:

6    1.    The Stipulation is approved.

7    2.    The Adversary Proceeding is dismissed without prejudice.

8                                ###

Date: June 13, 2019

_____
Barry Russell
United States Bankruptcy Judge

SMRH:4817-7360-4248.1