United States Bankruptcy Court
Central District of California

ABS-CBN Global Remittance, Inc.,
    Plaintiff

Adv. Proc. No. 19-01039-BR

Lim,
    Defendant

# CERTIFICATE OF NOTICE

District/off: 0973-2    User: sfortierC    Page 1 of 1    Date Rcvd: Jun 13, 2019
    Form ID: pdf031    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 15, 2019.
pla    +ABS-CBN Global Remittance, Inc.,  2001 Junipero Serra Blvd.,  Suite 200,  Daly City, CA 94014-3886
dft    +Nino Jefferson Lim,  27062 W. Island Road,  Valencia, CA 91355-1607

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.    TOTAL: 0

***** BYPASSED RECIPIENTS *****
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 15, 2019    Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 13, 2019 at the address(es) listed below:
    Jason M Rund (TR)    trustee@srlawyers.com, jrund@ecf.axosfs.com
    Matthew Klinger    on behalf of Plaintiff    ABS-CBN Global Remittance, Inc.
     mklinger@sheppardmullin.com, dgatmen@sheppardmullin.com;kjeong@sheppardmullin.com
    Michael M Lauter    on behalf of Plaintiff    ABS-CBN Global Remittance, Inc.
     mlauter@sheppardmullin.com
    Stella A Havkin    on behalf of Defendant Nino Jefferson Lim stella@havkinandshrago.com,
     havkinlaw@earthlink.net;r49306@notify.bestcase.com
    United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
    TOTAL: 5

SHEPPARD, MULLIN, RICHTER
& HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
SEONG H. KIM, Cal. Bar No. 166604
shkim@sheppardmullin.com
1901 Avenue of the Stars, Suite 1600
Los Angeles, California 90067-6055
Telephone:   310.228.3700
Facsimile:    310.228.3701

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
A Limited Liability Partnership
Including Professional Corporations
ORI KATZ, Cal. Bar No. 209561
okatz@sheppardmullin.com
MICHAEL M. LAUTER, Cal. Bar No. 246048
mlauter@sheppardmullin.com
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111-4109
Telephone:   415-434-9100
Facsimile:    415-434-3947

Attorneys for Creditor and Plaintiff,
ABS-CBN Global Remittance, Inc.

**FILED & ENTERED**

JUN 13 2019

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY fortier    DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

In re

NINO JEFFERSON LIM,

        Debtor.

Case No. 2:18-bk-22877-BR

Chapter 7

Adv. Proc. No. 2:19-1p-01039-BR

-1-

SMRH:4817-7360-4248.1

| | |
|---|---|
| ABS-CBN GLOBAL REMITTANCE, INC.<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>NINO JEFFERSON LIM,<br><br>　　　　　　Defendant. | **ORDER APPROVING STIPULATION TO DISMISS ADVERSARY PROCEEDING WITHOUT PREJUDICE**<br><br>**DATE: JUNE 5, 2019**<br><br>**TIME: 10 AM**<br><br>**COURTROOM: 1668** |

-2-

SMRH:4817-7360-4248.1

Upon consideration of the *Stipulation to Dismiss Adversary Proceeding Without Prejudice* (the "Stipulation") by and between the plaintiff and defendant in the above-captioned adversary proceeding (the "Adversary Proceeding"), filed on June 4, 2019 as Docket. No. 13.

IT IS HEREBY ORDERED THAT:

1. The Stipulation is approved.
2. The Adversary Proceeding is dismissed without prejudice.

###

Date: June 13, 2019

Barry Russell
United States Bankruptcy Judge

-3-

SMRH:4817-7360-4248.1